AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| J. Bradley Amick and Taylor Kitchens, Individually and on behalf of all those similarly situated,<br>*Plaintiffs*<br>v.<br>Lexington County,<br>*Defendant* | Civil Action No.  3:23-cv-00336-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ summary judgment is entered in favor of the defendant, Lexington County. The plaintiffs, J. Bradley Amick and Taylor Kitchens, Individually and on behalf of all those similarly situated, shall take nothing of the defendant, Lexington County, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having heard and granted the defendant's motion for summary judgment.

Date:  April 12, 2024

*ROBIN L. BLUME, CLERK OF COURT*

s/Charles L. Bruorton

*Signature of Clerk or Deputy Clerk*